HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESURANCE INSURANCE COMPANY, | CASE NO. C17-1588 RAJ |
| Plaintiff, | ORDER |
| v. | |
| LISA A SMITH, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's response to the Court's Order to Show Cause and Plaintiff's request for an extension to serve Defendant Godwin Ndugulile Gabriel by mail. Dkt. # 25. The Court finds good cause exists to grant the request. Accordingly, Plaintiff has 100 days from the date of this Order to properly effectuate service on Defendant Gabriel by mail.

Dated this 6th day of April, 2018.

_[signature: Richard A. Jones]_

The Honorable Richard A. Jones
United States District Judge

ORDER- 1